| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Barrett, Michael R. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/14/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Potter Stewart US Courthouse<br>100 East 5th Street, Room 239<br>Cincinnati, Ohio 45202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust # 1 |
| 2. | Partner | Old Walnut Company |
| 3. | Member | Grandin View LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Scripps TV Station Group - salary |
| 2. 2017 | University of Cincinnati - teaching stipend |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | US Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Old Walnut Co. (Partnership) | A | Dividend | L | U | | | | | |
| 2. Grandin View LLC | G | Distribution | N | U | | | | | |
| 3. Procter & Gamble (common stock) | C | Dividend | L | T | | | | | |
| 4. Cincinnati Bell (common stock) | | None | | | Sold | 08/25/17 | J | | |
| 5. Convergys Corp. (common stock) | | None | L | T | | | | | |
| 6. J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 7. IRA#1 (H) | | | | | | | | | |
| 8. First American Treasury (cash account) (FOCXX) | A | Interest | M | T | | | | | |
| 9. Am. Century Sm. Cap (ACVIX) | A | Dividend | J | T | | | | | |
| 10. Am. Century Equity Income (ACIIX) | B | Dividend | K | T | | | | | |
| 11. Blackrock Basic Value Fund Inc. (MABAX) | B | Dividend | K | T | | | | | |
| 12. Fidelity Investment Tr. Ad Intl Discovery (FIADX) | B | Dividend | K | T | | | | | |
| 13. Ipath Dow Jones UBS (DJP) | | None | J | T | | | | | |
| 14. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | K | T | | | | | |
| 15. Nuveen Core Bond Fd (FFIIX) | A | Dividend | K | T | | | | | |
| 16. Nuveen Dividend Value Fd (FAQIX) | B | Dividend | J | T | | | | | |
| 17. Nuveen Mid Cap Growth (FISGX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Mid Cap Value (FSEIX) | B | Dividend | K | T | | | | | |
| 19. Nuveen Real Estate Secs. Fund (FARCX) | C | Dividend | K | T | | | | | |
| 20. Nuveen Small Cap Select (ARSTX) | A | Dividend | J | T | | | | | |
| 21. Nuveen Small Cap Value (FSCCX) | A | Dividend | K | T | | | | | |
| 22. Laudus Intl Marketmasters (SWMIX) | A | Dividend | K | T | | | | | |
| 23. T. Rowe Price Mid Cap Value (TRMCX) | B | Dividend | K | T | | | | | |
| 24. T. Rowe Price Value Fund (TRVLX) | A | Dividend | L | T | | | | | |
| 25. T. Rowe Price Equity (PRFDX) | B | Dividend | K | T | | | | | |
| 26. Technology Select Sector SPDR (XLK) | A | Dividend | K | T | | | | | |
| 27. Michael R. Barrett Foundation (H) | | | | | | | | | |
| 28. First American Treasury (cash) (FOCXX) (Y) | | | | | | | | | |
| 29. Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 30. Brokerage Account (H) | | | | | | | | | |
| 31. First American Treasury (Cash) (FOCXX) | C | Int./Div. | P1 | T | | | | | |
| 32. Abbott Labs (ABT) | B | Dividend | L | T | | | | | |
| 33. Abbvie Inc. (ABBV) | C | Dividend | M | T | | | | | |
| 34. Capital One Financial Corp (COF) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IShares Russell Midcap Index (IWR) | A | Dividend | J | T | | | | | |
| 36. IShares Russell 2000 Index (IWM) | A | Dividend | J | T | | | | | |
| 37. IShares Select Dividend ETF (DVY) | A | Dividend | J | T | | | | | |
| 38. Nuveen Mid Cap Value (FSEIX) | A | Dividend | J | T | | | | | |
| 39. Procter & Gamble (PG) | D | Dividend | N | T | Sold<br>(part) | 04/28/17 | J | | |
| 40. T. Rowe Price Value (TRVLX) | B | Dividend | K | T | | | | | |
| 41. Fidelity Invt Trad Intl Disci (FIADX) | A | Dividend | J | T | | | | | |
| 42. Laudus Int'l Marketmasters Fd Select (SWMIX) | A | Dividend | J | T | | | | | |
| 43. Nuveen Core Plus Bond (FFIIX) | B | Dividend | J | T | | | | | |
| 44. Nuveen Inflation Pro Sec (FYIPX) | A | Dividend | J | T | | | | | |
| 45. Vanguard Reit Etf (VNQ) | B | Dividend | K | T | | | | | |
| 46. Trust # 1 (H) | | | | | | | | | |
| 47. First American Treasury (cash) (FOCXX) (Y) | | | | | | | | | |
| 48. Nuveen Strategic Income Fd (bond) (FCBYX) (Y) | | | | | | | | | |
| 49. Amgen, Inc. (AMGN) (Y) | | | | | | | | | |
| 50. Apple, Inc. (AAPL) (Y) | | | | | | | | | |
| 51. Cintas Corp. (CTAS) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Financial Select Sector Spdr Fd (XLF) (Y) | | | | | | | | | |
| 53. IShares Russell Midcap (IWR) (Y) | | | | | | | | | |
| 54. Pepsico, Inc. (PEP) (Y) | | | | | | | | | |
| 55. Starbucks (SBUX) (Y) | | | | | | | | | |
| 56. US Bancorp (USB) (Y) | | | | | | | | | |
| 57. 3M Co. (MMM) (Y) | | | | | | | | | |
| 58. Novartis AG ADR (NVS) (Y) | | | | | | | | | |
| 59. Schlumberger Ltd. (SLB) (Y) | | | | | | | | | |
| 60. Ipath GSCI Total Return (GSP) (Y) | | | | | | | | | |
| 61. Blackrock Capital Apprec. (BFGBX) (Y) | | | | | | | | | |
| 62. Laudus Int'l Marketmasters (SWMIX) (Y) | | | | | | | | | |
| 63. T. Rowe Price Int'l Growth (TRIGX) (Y) | | | | | | | | | |
| 64. Vanguard Reit-Etf (VNG) (Y) | | | | | | | | | |
| 65. Trust # 2 (H) | | | | | | | | | |
| 66. Wilmington Trust Bank Deposit (cash) | A | Interest | K | T | | | | | |
| 67. Wilmington US Government Money Market Fund (AKGXX) (X) | A | Int./Div. | J | T | | | | | |
| 68. Diamond Hill Large Cap (DHLRX) | | None | | | Sold | 04/05/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares Core MSCI Emerging Markets (IEMG) | B | Dividend | K | T | Sold (part) | 04/07/17 | J | | |
| 70. IShares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Buy | 04/07/17 | K | | |
| 71. IShares Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy | 04/07/17 | L | | |
| 72. IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 04/07/17 | J | | |
| 73. JP Morgan Chase & Co. US Small Co Fund (JUSSX) | A | Dividend | J | T | Sold (part) | 04/05/17 | K | | |
| 74. | | | | | Sold (part) | 06/02/17 | J | | |
| 75. LSV Value Equity FD STRAT (LSVEX) | C | Dividend | K | T | Buy (add'l) | 04/05/17 | J | | |
| 76. Meridian Sm-Cap Growth (MSGRX) | B | Dividend | K | T | Buy | 04/05/17 | K | | |
| 77. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 78. T. Rowe Price Dividend Growth Fund (PDGIX) | A | Dividend | K | T | Buy | 04/05/17 | K | | |
| 79. Vanguard FTSE DEV. Market (VEA) | C | Dividend | M | T | Buy (add'l) | 04/07/17 | J | | |
| 80. Morgan Stanley Instl Fund Inc Growth (MGRPX) | | None | | | Sold | 04/05/17 | K | | |
| 81. Victory Integrity SM-Cap Value Fund (VSVIX) | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 82. Wilmington Large Cap Strategy Fund (WMLIX) | B | Dividend | M | T | Sold (part) | 04/05/17 | K | | |
| 83. Fidelity Focused High Income (FHIFX) | A | Dividend | K | T | | | | | |
| 84. Vanguard Intermediate-Term Tax Exempt FD (VWIUX) | A | Dividend | J | T | | | | | |
| 85. Wilmington Municipal Bond Fund (WTAIX) | D | Dividend | N | T | Sold (part) | 09/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares Cohen & Steers REIT ETF (ICF) | A | Dividend | J | T | | | | | |
| 87. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 88. IShares Tips Bond ETF (TIP) | A | Dividend | K | T | Sold (part) | 02/13/17 | J | | |
| 89. | | | | | Sold (part) | 10/13/17 | J | | |
| 90. Spdr Dow Jones Int'l Real Estate ETF (RWX) | A | Dividend | K | T | Buy (add'l) | 04/07/17 | J | | |
| 91. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 92. | | | | | Sold (part) | 06/02/17 | K | | |
| 93. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 94. T. Rowe Price Large Cap Growth (TRLGX) | | None | | | Sold | 04/05/17 | K | | |
| 95. Trust #3 (H) | | | | | | | | | |
| 96. Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 97. AB Global Bond ADV (ANAYX) | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 98. Alger Emerging Markets Z | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 99. | | | | | Sold (part) | 11/07/17 | J | | |
| 100. Am Century Diversified Bond I (ACBPX) | A | Dividend | J | T | Sold (part) | 05/26/17 | J | | |
| 101. Am Century Emerging Markets I | | None | J | T | Buy | 07/14/17 | J | | |
| 102. | | | | | Buy (add'l) | 11/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. American Cent Short Dur INF (APOIX) | | None | | | Sold | 05/26/17 | J | | |
| 104. Blackrock Multi-Asset Inc (BIICX) | A | Dividend | J | T | | | | | |
| 105. Chiron Capital Alloc Inst | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 106. Clearbridge Large Cap Growth (SBLYX) | A | Dividend | J | T | | | | | |
| 107. Dreyfus Global EQU INC (DQEIX) | A | Dividend | J | T | | | | | |
| 108. Dreyfus Standish Global Fix (SDGIX) | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 109. Federated Int'l Leaders (FGFIX) | A | Dividend | J | T | | | | | |
| 110. First Trust Moringstar Div. (FDL) | A | Dividend | J | T | | | | | |
| 111. First Trust Dorsey Wright FO (FV) | A | Dividend | J | T | | | | | |
| 112. First Trust Small Cap ETF (FYX) | A | Dividend | J | T | | | | | |
| 113. Goldman Sachs Small Mid-Cap (GSMYX) | A | Dividend | | | Sold | 07/14/17 | J | | |
| 114. Invesco Diversified Div (LCEYX) | A | Dividend | J | T | | | | | |
| 115. IShares S&P Midcap 400 Index (IJH) | A | Dividend | J | T | | | | | |
| 116. IShares S&P Small Cap 600 Index (IJR) | A | Dividend | J | T | | | | | |
| 117. MFS Global Equity (MWEIX) | A | Dividend | J | T | | | | | |
| 118. Nuveen Real Asset Income (NRIIX) | A | Dividend | J | T | | | | | |
| 119. Oppenheimer Fundamental ALT Y (OOPYX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Trust #4 (H) | | | | | | | | | |
| 121.  Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 122.  Am. Century Eqi Inc. Int. (ACIIX) | D | Dividend | M | T | | | | | |
| 123.  Am New Perspective F2 (ANWFX) | C | Dividend | L | T | | | | | |
| 124.  Exxon Mobile Corp (XOM) | A | Dividend | J | T | | | | | |
| 125.  Ill Tool Works Inc (ITW) | A | Dividend | K | T | | | | | |
| 126.  IShares IBonds Sep 2017 Muni (IBMF) | A | Dividend | | | Redeemed | 09/08/17 | K | | |
| 127.  IShares IBonds Sep 2018 Mini (IBMG) | A | Dividend | K | T | | | | | |
| 128.  IShares IBonds Sep 2019 Muni (IBMH) | A | Dividend | K | T | | | | | |
| 129.  IShares IBonds Sep 2020 Muni (IBMI) | A | Dividend | K | T | | | | | |
| 130.  IShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 131.  Invesco LTD Term Muni Inc Y (ATFYX) | B | Dividend | M | T | | | | | |
| 132.  Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 133.  McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 134.  OPI Steelpath MLP Select 40 Y (MLPTX) | A | Dividend | J | T | | | | | |
| 135.  Neuberger Berman Lg SH Inst (NLSIX) | | None | L | T | | | | | |
| 136.  Nuveen Global Infrastructure (FGIYX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Nuveen HI YLD Muni BD I (NHMRX) | D | Dividend | M | T | | | | | |
| 138. Nuveen Real Estate Sec FD | C | Dividend | L | T | | | | | |
| 139. Nuveen Sh Dur High Yield Muni Bond (NVHIX) | C | Dividend | M | T | | | | | |
| 140. Oppenheimer Cap Income Y (OCIYX) | A | Dividend | L | T | | | | | |
| 141. Procter & Gamble (PG) | A | Dividend | K | T | | | | | |
| 142. T Rowe Price Growth Stock Adv (PRGFX) | E | Dividend | L | T | | | | | |
| 143. T Rowe Price MidCap Gr Adv (RPMGX) | C | Dividend | L | T | | | | | |
| 144. T Rowe Price Mid Cap (TRMCX) | C | Dividend | L | T | | | | | |
| 145. The Technology Sel Sec Spdr Fd (XLK) | A | Dividend | K | T | | | | | |
| 146. United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 147. Vanguard 500 Indx Admiral (VFIAX) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: This position ended in 2017.

Part VII, lines 1 and 2: The holdings of these real estate companies are operational in nature; other investments of the companies, if any, are beyond the scope of the filer's knowledge.

Part VII, lines 1 and 2: Filer's interest is 1/6.

Part VII, lines 34, 37, 86, 90, 100, 134, and 139: Name or ticker symbol changes only; see 2016 report, lines 37, 38, 121, 127, 142. 190, and 197, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544